

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

Nos. 04-14-00136-CR
04-14-00137-CR
04-14-00138-CR
04-14-00139-CR

Billy Edward **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court Nos. 12-CR-611, 12-CR-615, 12-CR-613 & 12-CR-609
Honorable Jose Luis Garza, Judge Presiding

PER CURIAM

Sitting:       Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  May 7, 2014

DISMISSED FOR WANT OF JURISDICTION

The trial court imposed the sentences in Appeal Nos. 04-14-00136-CR, 04-14-00138-CR,

and 04-14-00139-CR on October 30, 2013, and signed the order being appealed in Appeal No. 04-

14-00137-CR on October 31, 2013.  Appellant did not file a motion for new trial.  Because

appellant did not file a timely motion for new trial, the deadline for filing the notice of appeal was

November 29, 2013, for Appeal Nos. 04-14-00136-CR, 04-14-00138-CR, and 04-14-00139-CR,

and December 2, 2013, for Appeal No. 04-14-00137-CR.  *See* TEX. R. APP. P. 26.2(a)(1).  A notice

of appeal was not filed until February 25, 2014, and the record shows the notice of appeal was not mailed until February 18, 2014. Appellant did not file a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

On March 18, 2014, we ordered appellant to file a written response on or before April 17, 2014, showing cause why the appeals should not be dismissed for want of jurisdiction. Appellant did not file a response. Because the notice of appeal was not timely filed, and no timely motion for extension of time was filed, we lack jurisdiction to entertain the appeals. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss these appeals for want of jurisdiction.

PER CURIAM

Do Not Publish